# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Farmbrooke Family Physicians, P.C.
                              Plaintiff,

v.                                           Case No.: 1:25−cv−06597
                                             Honorable M. David Weisman

Community Home Physicians, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

MINUTE entry before the Honorable M. David Weisman: Motion hearing held. The case was called at 9:35 a.m. but defense counsel did not appear. Courtroom Deputy's attempts to reach defense counsel were unsuccessful. Plaintiff's counsel's motion to withdraw [24] is granted given the early stage of the case and the differences that have developed between Plaintiff and its counsel. Withdrawing counsel indicates Plaintiff is attempting to obtain new counsel. Status hearing set for 10/23/25 at 1:00 p.m. to allow Plaintiff to obtain new counsel. Rule to show cause issued to defense counsel to explain their absence at today's hearing. As a corporate entity, Plaintiff must retain counsel; the case may be dismissed for want of prosecution if Plaintiff does not retain counsel to appear on its behalf. Joint status report due by noon on 10/22/25 setting forth whether Plaintiff has new counsel and stating why defense counsel did not appear at today's status and did not notify the Court of a conflict. Parties may appear in−person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.