U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

---

Case Title: Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC

Case Number: 1:25-cv-06597

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Farmbrooke Family Physicians, P.C.

Attorney name (type or print): Michael B. Cohen

Firm: Maxson Mago & Macaulay, LLP

Street address: Suite 4500, 77 W. Wacker Drive

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6292575
(See item 3 in instructions)

Telephone Number: (312) 803-0378

Email Address: mcohen@em3law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/16/2025

Attorney signature: S/ Michael B. Cohen

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015