**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Farmbrooke Family Physicians, P. C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Community Home Physicians, LLC, )<br>)<br>Defendant. )<br>_____)<br>)<br>Community Home Physicians, LLC, )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>Farmbrooke Family Physicians, P. C., )<br>)<br>Counter-Defendant. ) | Case No. 1:25-cv-06597<br><br>Hon. M. David Weisman |

## JOINT STATUS REPORT

Plaintiff/Counter-Defendant Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant/Counter-Plaintiff, Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's October 2, 2025 Order, Doc. 29. As their Report, the Parties state as follows:

1. **Farmbrooke Family's Counsel:** Farmbrooke Family has retained new counsel and, on October 16, 2025, Michael Cohen, Max Stein, and Keith Stolte of Maxson Mago & Macaulay LLP filed appearances on its behalf.

2. **Community Home's Non-Appearance:** Zara Law Group accidentally misdiaried the court date for October 16th, 2025 and appeared on the wrong court date.

Dated: October 22, 2025

| **FARMBROOKE FAMILY PHYSICIANS, P.C.** | **COMMUNITY HOME PHYSICIANS, LLC** |
|---|---|
| By: /s/Max A. Stein | By: /s/Zohaib Ali |
| One of its attorneys | One of its attorneys |

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com