**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division**

Farmbrooke Family Physicians, P.C.
          Plaintiff,

v.                Case No.: 1:25−cv−06597
               Honorable M. David Weisman

Community Home Physicians, LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

  MINUTE entry before the Honorable M. David Weisman: Status hearing held. Defense counsel did not appear when the case was called at 1:07 p.m.; Court continued with the status hearing. Newly retained Plaintiff's counsel will proceed with motion to dismiss the counterclaim [20] filed by prior counsel. Response due 11/5/25; reply due 11/12/25. Ruling and status hearing set for 12/17/25 at 10:00 a.m. Joint status report due by noon on 12/16/25 setting forth a proposed discovery schedule and any other issues the parties wish to raise. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.