**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Farmbrooke Family Physicians, P. C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Community Home Physicians, LLC, ) <br> ) <br> Defendant. ) <br> ─────────────────────────── ) <br> Community Home Physicians, LLC, ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Farmbrooke Family Physicians, P. C., ) <br> ) <br> Counter-Defendant. ) | Case No. 1:25-cv-06597 <br><br> Hon. M. David Weisman |

## FARMBROOKE FAMILY PHYSICIANS, P. C.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMMUNITY HOME PHYSICIANS, LLC'S COUNTERCLAIM

Plaintiff/Counter-Defendant Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") by and through its attorneys, Maxson Mago & Macaulay LLC, submits this reply in support of its motion to dismiss Defendant/Counter-Plaintiff, Community Home Physicians, LLC's Counterclaim, and states as follows:

Defendant/Counter-Plaintiff Community Home did not file a response to the motion by the deadline set by Court. Plaintiff stands on its submitted motion and requests that the Court dismiss the counterclaim with prejudice.

Dated: November 6, 2025

Respectfully submitted,

**FARMBROOKE FAMILY PHYSICIANS, P.C.**

By:   /s/Max A. Stein
       One of its attorneys

Max A. Stein (ARDC # 6275993)
Michael B. Cohen (ARDC # 6292575)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com