**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") submits the following Status Report as required by the Court's November 12, 2025 Memorandum Opinion and Order, Doc. 37. As its Report, Farmbrooke Family state as follows:

1.  The Court's Memorandum Opinion and Order required parties to submit a Joint Status Report. Farmbrooke Family contacted Defendant Community Home Physicians, LLC, ("Community Home") regarding the Joint Status Report on December 1, 2025. Today, we received an answer from one of Community Home's counsel, Aamir H. Razvi, indicating that he and Zohaib Ali of Zara Law Group would be replaced as Defendant's counsel in the case by Sean Sullivan from SRK law group, who would later be filing an appearance. Accordingly, in order to comply with the noon deadline set in the Court's Memorandum Opinion and Order, Farmbrooke Family submits this report without input from Defendant.

2.  Following the Court's Memorandum Opinion and Order dismissing Community Home's counterclaim, the only issues in the case relate to Farmbrooke Family's single count against Community Home for breach of contract. Community Home filed its answer to that count on August 7, 2025, Doc. 11.

3.      As requested by the Court's Memorandum Opinion and Order, Farmbrooke Family now proposes the following discovery schedule:

    a.   Rule 26(a)(1) disclosures to be provided by December 12, 2025;

    b.   Parties to issue written discovery by December 24, 2025; and

    c.   Fact discovery to be completed by April 30, 2026.

4.      Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery process but only with explanation later in the discovery process.

5.      Any motions for protective/confidentiality orders are due by January 16, 2025. The motion shall indicate whether it is agreed. The proposed confidentiality order should be based on the Form LR 26.2 Model Confidentiality Order, and the parties must submit a clean copy of their proposed order, along with a corresponding redlined copy against the Court's model order, to the Court's proposed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov.

6.      Farmbrooke Family has no other issues they wish to raise at this time.

Dated:  December 2, 2025

**FARMBROOKE FAMILY
PHYSICIANS, P.C.**

By:     /s/Max A. Stein
       One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY,
LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com
