**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
                                    Plaintiff,

v.                                                             Case No.: 1:25−cv−06597
                                                               Honorable M. David Weisman

Community Home Physicians, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed Plaintiff's status report [38], which indicates that new defense counsel will be appearing in the case. Status hearing set for 12/3/25 is stricken and reset to 12/17/25 at 9:15 a.m. Current defense counsel is directed to forward this order to the anticipated new defense counsel. The Court presumes new defense counsel will be filing its appearance as soon as practicable. Joint status report due by noon on 12/16/25 with a proposed discovery schedule, as discussed between Plaintiff's counsel and new defense counsel. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.