**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Farmbrooke Family Physicians, P. C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:25-cv-06597 |
| v. ) | |
| ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's December 2, 2025 Minute Order, Doc. 39. As their Report, the Parties state as follows:

1. Defendant has retained Sean Sullivan of SBK Law Group, LLP, who anticipates filing his appearance as soon as he is able to resolve a technical issue preventing it from being filed.

2. Following the Court's Memorandum Opinion and Order dismissing Community Home's counterclaim, the only issues in the case, at this time, relate to Farmbrooke Family's single count against Community Home for breach of contract. Community Home filed its answer to that count on August 7, 2025, Doc. 11.

3. As requested by the Court's Minute Order, the parties now propose the following discovery schedule:

    a. Rule 26(a)(1) disclosures to be provided by January 9, 2025;

    b. Parties to issue written discovery by January 23, 2026; and

    c. Fact discovery to be completed by April 30, 2026.

4. Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery process but only with explanation later in the discovery process.

5. Any motions for protective/confidentiality orders are due by January 23, 2025. The motion shall indicate whether it is agreed. The proposed confidentiality order should be based on the Form LR 26.2 Model Confidentiality Order, and the parties must submit a clean copy of their proposed order, along with a corresponding redlined copy against the Court's model order, to the Court's proposed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov.

6. The parties have no other issues they wish to raise at this time.


Dated: December 15, 2025

| | |
|---|---|
| **FARMBROOKE FAMILY PHYSICIANS, P.C.** | **COMMUNITY HOME PHYSICIANS, LLC** |
| By: /s/Max A. Stein<br>    One of its attorneys | By: /s/ Sean P. Sullivan<br>    One of its attorneys |
| Michael B. Cohen (ARDC # 6292575)<br>Max A. Stein (ARDC # 6275993)<br>Keith M. Stolte (ARDC # 6244848)<br>**MAXSON MAGO & MACAULAY, LLP**<br>77 W. Wacker Drive, Suite 4500<br>Chicago, IL 60601<br>mcohen@em3law.com<br>mstein@em3law.com<br>kstolte@em3law.com | Sean P. Sullivan<br>SBK Law Group, LLP<br>555 Water's Edge, Suite 205<br>Lombard, IL 60148<br>sean@sbklawgroup.com |