**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Farmbrooke Family Physicians, P. C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-06597 ) ) Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's February 18, 2026 Minute Order, Doc. 43. As their Report, the Parties state as follows:

1. Defendant has retained counsel, Sean Sullivan, but counsel has not yet filed an appearance due to issues he is experiencing with PACER. Defendant's counsel has nonetheless reviewed and approved this Joint Status Report.

2. By agreement, the parties agreed that responses to written discovery would be due March 6, 2026. As a result, the parties have not yet determined what depositions or what third-party discovery is likely to be necessary. The parties also have not yet determined whether a settlement conference is appropriate at this time.

3. In light of the foregoing, the parties believe it may be appropriate to reset the current status hearing for a date after March 13, 2026, to give them time to review the anticipated discovery responses and address the items requested by the Court in its prior Minute Order, Doc. 41.

4. The parties have no other issues they wish to raise at this time.

|  |  |
|---|---|
| Dated: March 2, 2026 | **FARMBROOKE FAMILY PHYSICIANS, P.C.**<br><br>By:   /s/Max A. Stein<br>        One of its attorneys<br><br>Michael B. Cohen (ARDC # 6292575)<br>Max A. Stein (ARDC # 6275993)<br>Keith M. Stolte (ARDC # 6244848)<br>**MAXSON MAGO & MACAULAY, LLP**<br>77 W. Wacker Drive, Suite 4500<br>Chicago, IL 60601<br>mcohen@em3law.com<br>mstein@em3law.com<br>kstolte@em3law.com |