**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.

Plaintiff,

v.                                                      Case No.: 1:25−cv−06597
                                                        Honorable M. David Weisman

Community Home Physicians, LLC

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2026:

MINUTE entry before the Honorable M. David Weisman: At the parties request
and by agreement, the status hearing set for 3/16/26 is stricken and reset to 4/1/26 at 9:15
a.m. to allow additional time to work on things related to potential settlement and
discovery. A joint status report shall be filed by noon on 3/30/26. Parties may appear in
person or dial in using the Court's conference call−in number. The conference call−in
number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the
public and media who wish to listen to this hearing may call in. Persons granted remote
access to proceedings are reminded of the general prohibition against photographing,
recording, and rebroadcasting of court proceedings. Violation of these prohibitions may
result in sanctions, including removal of court issued media credentials, restricted entry to
future hearings, denial of entry to future hearings, or any other sanctions deemed
necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.