**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's March 16, 2026 Minute Order, Doc. 46. As their Report, the Parties state as follows:

1. Defendant has retained counsel, Sean Sullivan, but counsel has not yet filed an appearance due to issues he is experiencing with PACER. Defendant's counsel has nonetheless reviewed and approved this Joint Status Report.

2. By agreement, the parties agreed to hold off on responses to written discovery to explore settlement, which counsel had agreed would begin with a settlement proposal from Community Home. Unfortunately, Farmbrooke Family has not received the anticipated proposal.

3. Consequently, Farmbrooke Family notified Community Home on March 27, 2026 that it was proceeding with discovery. That same day, Farmbrooke Family served its written responses to the discovery requests propounded by Community Home and requested that Community Home serve its responses to the requests propounded by Farmbrooke Family.

4.      Farmbrooke Family also served a notice for a Rule 30(b)(6) deposition of Community Home, proposing that the deposition occur on April 27, 2026, but also indicating a willingness to coordinate that date with Community Home.

5.      At this time, Farmbrooke Family does not know what additional depositions or subpoenas may be necessary.

6.      The parties have no other issues they wish to raise at this time.

Dated: March 30, 2026

**FARMBROOKE FAMILY PHYSICIANS, P.C.**

By:    /s/Max A. Stein
          One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com

2