## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Farmbrooke Family Physicians, P.C.

Plaintiff,

v.

Case No.: 1:25−cv−06597<br>Honorable M. David Weisman

Community Home Physicians, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2026:

MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Case called at 9:38 a.m. and Defendant did not appear. Plaintiff's counsel reports that defense counsel still has had some issues with PACER. Plaintiff#039;s counsel has been in touch with Sean Sullivan of SCK Law Group and has reviewed the joint status reports. Mr. Sullivan is still responsible for making himself aware of the docket even if he does not have access to PACER; the electronic record currently reflects no counsel for Defendant. If an appearance is not filed by defense counsel by the next status hearing, sanctions may follow. Plaintiff's counsel is requested to provide today's minute order to defense counsel. In−person status hearing set for 4/23/26 at 9:15 a.m. Joint status report due 4/21/26 setting forth that defense counsel has received a copy of this minute order. Court expects both counsel to appear in person at the next status hearing and Mr. Sullivan to have filed an appearance. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.