## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Farmbrooke Family Physicians, P.C.
v.
Community Home Physicians, LLC

Case Number: 1:25-cv-06597

An appearance is hereby filed by the undersigned as attorney for: Community Home Physicians

Attorney name (type or print): Sean P. Sullivan

Firm: SBK Law Group LLP

Street address: 555 Waters Edge Suite 205

City/State/Zip: Lombard/IL/60148

Bar ID Number:
(See item 3 in instructions)

Telephone Number: 630-427-4407

Email Address: notice@sbklawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | No |
| Are you a member of the court's general bar? | ✔ Yes | No |
| Are you a member of the court's trial bar? | ✔ Yes | No |
| Are you appearing *pro hac vice*? | Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | No |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 15, 2026

Attorney signature: S/ Sean P. Sullivan
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023