**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's March 16, 2026 Minute Order, Doc. 46. As their Report, the Parties state as follows:

1.     After receiving the Court's April 1, 2026 Notification of Docket Entry (D.E. 48) from Plaintiff's counsel, Community Home's counsel, Sean Sullivan, filed his appearance on April 15, 2026.

2.     By agreement, the parties agreed to hold off on responses to written discovery to explore settlement, which counsel had agreed would begin with a settlement proposal from Community Home. Unfortunately, Farmbrooke Family has not received the anticipated proposal.

3.     Consequently, Farmbrooke Family served its written responses to the discovery requests propounded by Community Home on March 27, 2026. Farmbrooke Family also served a notice for a Rule 30(b)(6) deposition of Community Home, proposing that the deposition occur on April 27, 2026, but also indicating a willingness to coordinate that date with Community Home.

4.      Community Home has not yet served its discovery responses, but anticipates doing so on or before May 1, 2026.

5.      At this time, the parties do not yet know what additional depositions or subpoenas may be necessary, but expect to be able to determine that shortly.

6.      The current fact discovery deadline in this matter is April 30, 2026. In light of the foregoing, the parties jointly request that the deadline be extended by 60 days, to June 30, 2026, with any other impacted deadlines adjusted accordingly.

7.      If the Court agrees with these requests, the parties have no other issues they wish to raise at this time and respectfully suggest that the April 23, 2026 status hearing need not proceed.

Dated: April 20, 2026

| | |
|---|---|
| **PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.** | **DEFENDANT COMMUNITY HOME PHYSICIANS, LLC** |
| By:    /s/Max A. Stein | By:    /s/ Sean P. Sullivan |
| One of its attorneys | One of its attorneys |
| Michael B. Cohen (ARDC # 6292575)<br>Max A. Stein (ARDC # 6275993)<br>Keith M. Stolte (ARDC # 6244848)<br>**MAXSON MAGO & MACAULAY, LLP**<br>77 W. Wacker Drive, Suite 4500<br>Chicago, IL 60601<br>mcohen@em3law.com<br>mstein@em3law.com<br>kstolte@em3law.com | Sean P. Sullivan<br>**SBK Law Group LLP**<br>555 Waters Edge, Suite 205<br>Lombard, IL 60148<br>sean@sbklawgroup.com |

2