## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Farmbrooke Family Physicians, P.C.

                                    Plaintiff,

v.                                                      Case No.: 1:25–cv–06597
                                                        Honorable M. David Weisman

Community Home Physicians, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

       MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [50] indicating that there was some discussion about resolving the matter, but no settlement offer from Defendant was forthcoming. Pursuant to the parties' request, the fact discovery deadline is extended to 6/30/26; no further extensions will be allowed barring extraordinary circumstances given the parties' ostensible use of time to attempt to resolve the matter, but apparently without mutual participation. Parties to diligently proceed with completion of fact discovery. Defendant's discovery responses due on or before 5/1/26. Status hearing set for 4/23/26 is stricken and reset to 5/20/26 at 9:15 a.m. Joint status report due by noon on 5/19/26 setting forth a firm deposition schedule and any issues with written discovery, which are to be briefly set forth in the joint status report for resolution at the status hearing. All meet and confers must be completed by 5/15/26. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.