**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's April 20, 2026 Minute Order, Doc. 51. As their Report, the Parties state as follows:

1.      In the last Minute Order, the Court adopted the parties' requested discovery deadlines, including Defendant's discovery responses being due May 1, 2026.

2.      As of the filing of this Joint Status Report, Defendant has not provided any discovery responses. Plaintiff's counsel reached out to Defendant's counsel regarding those responses on May 4, 2026 and again on May 15, 2026. In each instance, Defendant's counsel responded, but Defendant failed to serve discovery responses.

3.      Plaintiff previously served a notice for a Rule 30(b)(6) deposition of Community Home, proposing that the deposition occur on April 27, 2026, but also indicating a willingness to coordinate that date with Community Home, particularly since it wanted to have received Defendant's discovery responses prior to the deposition.

4.  Given Defendant's failure to participate in discovery and comply with the Court's deadlines, Plaintiff requests that the Court enter sanctions against Defendant, including, but not limited to, barring Defendant's from presenting any documents or witnesses at trial. Depending on how the Court resolves these issues, including whether the Court gives the Defendant any further opportunity to participate in discovery, Plaintiff requests the opportunity to serve additional deposition notices for any witnesses for whom Plaintiff deems a deposition appropriate.

5.  Defendant's counsel acknowledges that he corresponded with Plaintiff's counsel on May 4 and May 15, 2026, regarding outstanding discovery responses.

6.  Defense counsel also admits he has not tendered discovery responses to Plaintiff's counsel as of the date of this report because he has not yet received discovery responses from his client despite making them aware of the pending deadline.

7.  On behalf of his client Defense counsel respectfully asks for an additional 14 days for Defendant's to provide discovery responses.

8.  In the alternative, if the Court is inclined to grant sanctions, then Defendant's counsel would ask that it be in the form of monetary sanctions such as attorney's fees and not in the nature of barring witnesses or documentary evidence.

Dated: May 19, 2026

<table>
<tr><td><strong>PLAINTIFF FARMBROOKE<br>FAMILY PHYSICIANS, P.C.</strong></td><td><strong>DEFENDANT COMMUNITY HOME<br>PHYSICIANS, LLC</strong></td></tr>
<tr><td>By:   /s/Max A. Stein<br>      One of its attorneys</td><td>By:   /s/Sean P. Sullivan<br>      One of its attorneys</td></tr>
<tr><td>Michael B. Cohen (ARDC # 6292575)<br>Max A. Stein (ARDC # 6275993)<br>Keith M. Stolte (ARDC # 6244848)<br><strong>MAXSON MAGO & MACAULAY, LLP</strong><br>77 W. Wacker Drive, Suite 4500<br>Chicago, IL 60601<br>mcohen@em3law.com<br>mstein@em3law.com<br>kstolte@em3law.com</td><td>Sean P. Sullivan<br>SBK Law Group, LLP<br>555 Water's Edge, Suite 205<br>Lombard, IL 60148<br>sean@sbklawgroup.com</td></tr>
</table>

3