## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Farmbrooke Family Physicians, P.C.

                              Plaintiff,

v.                                             Case No.: 1:25–cv–06597
                                               Honorable M. David Weisman

Community Home Physicians, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

        MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Defense counsel states that his client has not responded to counsel's requests for discovery responses. Counsel for the parties believe settlement discussions could be productive. Discussion held on Plaintiff's anticipated motion to compel; Defendant objects generally to motion practice on this issue. Given the Defendant's history in this matter, and the recent change of counsel, the Court believes formal motion practice to address possible relief for Plaintiff is appropriate and necessary. Plaintiff shall file any motion to compel by 5/29/26; Defendant to respond by 6/12/26; no reply. Ruling set for 7/1/26 at 9:15 a.m. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.