**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS AND/OR TO
COMPEL RESPONSES TO DISCOVERY REQUESTS**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family"), pursuant to Federal Rules of Civil Procedure 16(f) and 37, respectfully moves the Court to enter an order sanctioning Defendant Community Home Physicians, LLC ("Community Home") and/or compelling it to answer discovery requests propounded by Plaintiffs within 7 days of the Court's order. As described in greater detail in Plaintiff's Memorandum in Support of this motion, filed concurrently herewith, Community Home has knowingly and willfully disobeyed the orders of this Court with respect to responding to Farmbrooke Family's discovery requests and has failed to engage in discovery altogether.

Accordingly, the Court should compel Community Home to respond to Farmbrooke's discovery requests within seven days of the Court's order and impose sanctions as set forth in the accompanying Memorandum.

Dated: May 29, 2026                          Respectfully Submitted,

**PLAINTIFF FARMBROOKE
FAMILY PHYSICIANS, P.C.**

By:____/s/Max A. Stein_____
One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com

2