# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Magistrate Judge: M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT**

Plaintiff, Farmbrooke Family Physicians, P. C ("Farmbrooke"), through its attorneys and pursuant to Federal Rule of Civil Procedure 36, sets forth the following requests to admit to be answered by Defendant Community Home Physicians, LLC (Community Home") within 30 days.

1.     Admit that the Asset Purchase Agreement attached to the Complaint as Exhibit 1 (the "APA") is a valid and enforceable agreement.

**RESPONSE:**

2.     Admit that Community Home has not terminated the APA.

**RESPONSE:**

3.     Admit that Community Home did not make the $6,000 monthly payments to Farmbrooke referenced in section 1.04 of the APA beginning in March 2024.

**RESPONSE:**

4.     Admit that Community Home did not make the $28,000 payment to Farmbrooke referenced in section 1.04 of the APA at any time.

**RESPONSE:**

5.     Admit that Dr. Sikorski did not voluntarily terminate his employment agreement referenced in section 1.05 of the APA.

**RESPONSE:**

6.      Admit that Community Home terminated Dr. Sikorski's employment.

**RESPONSE:**


Dated: January 23, 2026                              Respectfully submitted,

                                                     **FARMBROOKE FAMILY**
                                                     **PHYSICIANS, P. C**

                                                     By:___/s/ *Max A. Stein*_____
                                                            One of its attorneys

                                                     Michael B. Cohen (ARDC # 6292575)
                                                     Max A. Stein (ARDC No. 6275993)
                                                     Keith M. Stolte (ARDC No. 6244848)
                                                     MAXSON MAGO & MACAULAY LLP
                                                     77 W. Wacker Drive, Suite 4500
                                                     Chicago, IL 60601
                                                     mcohen@em3law.com
                                                     mstein@em3law.com
                                                     kstolte@em3law.com