# EXHIBIT D

## Max Stein

| | |
|---|---|
| **From:** | Sean Sullivan <sean@sbklawgroup.com> |
| **Sent:** | Monday, May 18, 2026 7:27 PM |
| **To:** | Max Stein |
| **Cc:** | Michael Cohen; Keith Stolte; Cosmin Barbu |
| **Subject:** | RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance |
| **Attachments:** | Farmbrooke - Joint Status Report re 5-20-26 Status.(sps.revised).docx |

Max:

See my additions. Let me know if you have any questions.

Sean P. Sullivan
Partner
SBK Law Group, LLP
sean@sbklawgroup.com
(630) 427-4407

**From:** Max Stein <mstein@em3law.com>
**Sent:** Monday, May 18, 2026 3:48 PM
**To:** Sean Sullivan <sean@sbklawgroup.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Sean – I put together the attached draft. Feel free to add to it as you wish? I'm tied up this afternoon, but if you'd like to talk about any of this tomorrow morning, I can do that before 11:00. I would also appreciate it if you could get back to us with any edits to the draft by then so that we can then get it on file ahead of the noon deadline.

Thanks.

**Max A. Stein**
He/Him/His
**Partner**

mstein@em3law.com          77 W. Wacker Drive
Direct: (312) 899-6408      Suite 4500
Main: (312) 803-0378        Chicago, IL 60601

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

1

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

**From:** Sean Sullivan <sean@sbklawgroup.com>
**Sent:** Monday, May 18, 2026 12:43 PM
**To:** Max Stein <mstein@em3law.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Max:

Did you want to talk about this later today?

Sean P. Sullivan
Partner
SBK Law Group, LLP
555 Water's Edge, Suite 205
Lombard, IL 60148
(630) 427-4407

**From:** Max Stein <mstein@em3law.com>
**Sent:** Friday, May 15, 2026 1:53 PM
**To:** Sean Sullivan <sean@sbklawgroup.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Sean – Today is the deadline for meeting-and-conferring about any issues with the discovery responses. We, though, have not received any responses from your client. Accordingly, we plan to report as much to the Court in the status report due Tuesday. In reporting this, we will ask the Court to impose an appropriate sanction at the status hearing on Wednesday.

Regards.

**Max A. Stein**
He/Him/His
**Partner**

mstein@em3law.com      77 W. Wacker Drive
Direct: (312) 899-6408      Suite 4500
Main: (312) 803-0378      Chicago, IL 60601

2

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

**From:** Sean Sullivan <sean@sbklawgroup.com>
**Sent:** Wednesday, May 6, 2026 4:32 PM
**To:** Max Stein <mstein@em3law.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Max:

Fair enough. I understand your position.  I appreciate the advance warning  on sanctions and will convey it to my client to see if it helps me get the responses sooner. Would you be amenable to a hard deadline of the 12th for me to get you responses if I can?

Sean P. Sullivan
Partner
SBK Law Group, LLP
555 Water's Edge, Suite 205
Lombard, IL 60148
(630) 427-4407

**From:** Max Stein <mstein@em3law.com>
**Sent:** Wednesday, May 6, 2026 3:42 PM
**To:** Sean Sullivan <sean@sbklawgroup.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Sean,

While I certainly understand the issues associated with getting input from clients, the Court has set a pretty tight schedule. The schedule requires any issues with written discovery to be raised and addressed by May 15th in advance of the May 20th status hearing. Given that, if we do not

have the responses in time to address any issues in a timely manner, we will ask the Court to sanction your client for its failure to comply with the deadlines set by the Court.

Regards.

**Max A. Stein**
He/Him/His
**Partner**

mstein@em3law.com
Direct: (312) 899-6408
Main: (312) 803-0378

77 W. Wacker Drive
Suite 4500
Chicago, IL 60601

---

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

CONFIDENTIALITY NOTICE: **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

---

**From:** Sean Sullivan <sean@sbklawgroup.com>
**Sent:** Wednesday, May 6, 2026 3:19 PM
**To:** Max Stein <mstein@em3law.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Max:

Still waiting on my client to get those to me.

Sean P. Sullivan
Partner
SBK Law Group, LLP
555 Water's Edge, Suite 205
Lombard, IL 60148
(630) 427-4407

---

**From:** Max Stein <mstein@em3law.com>
**Sent:** Monday, May 4, 2026 9:24 AM
**To:** Sean Sullivan <sean@sbklawgroup.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>

**Subject:** RE: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Sean – We did not receive your discovery responses on Friday. Please let us know the status?

Regards.

**Max A. Stein**
He/Him/His
**Partner**

mstein@em3law.com          77 W. Wacker Drive
Direct: (312) 899-6408          Suite 4500
Main: (312) 803-0378          Chicago, IL 60601

---

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

---

**From:** Sean Sullivan <sean@sbklawgroup.com>
**Sent:** Saturday, April 18, 2026 9:39 AM
**To:** Max Stein <mstein@em3law.com>
**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** Re: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Yes I'm ok with this proposed order.


Sean P. Sullivan
Partner
SBK Law Group LLP
555 Waters Edge, Suite 205
Lombard, IL 60148
(630) 427-4407


*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

---

**From:** Max Stein <mstein@em3law.com>
**Sent:** Thursday, April 16, 2026 8:15 AM
**To:** Sean Sullivan <sean@sbklawgroup.com>

**Cc:** Michael Cohen <mcohen@em3law.com>; Keith Stolte <KStolte@em3law.com>; Cosmin Barbu <cbarbu@em3law.com>
**Subject:** FW: Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

Sean – I saw your appearance got filed yesterday. In light of that, I put together the attached draft joint status report. In it, I included some proposed dates for the remaining discovery, including proposing that you respond to our outstanding requests by May 1st and that the current discovery cutoff be extended 60 days.

Let me know your thoughts on the draft? While it is not due until Tuesday, I'm going to be tied up on Tuesday, and so would like to get it wrapped up ahead of then.

Regards.

**Max A. Stein**
He/Him/His
**Partner**

mstein@em3law.com                    77 W. Wacker Drive
Direct: (312) 899-6408               Suite 4500
Main: (312) 803-0378                 Chicago, IL 60601

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Wednesday, April 15, 2026 2:50 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-06597 Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC attorney appearance

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5)**

## Notice of Electronic Filing

The following transaction was entered by Sullivan, Sean on 4/15/2026 at 2:49 PM CDT and filed on 4/15/2026

**Case Name:**　　　　Farmbrooke Family Physicians, P.C. v. Community Home Physicians, LLC
**Case Number:**　　　1:25-cv-06597
**Filer:**　　　　　　Community Home Physicians, LLC
**Document Number:** 49

**Docket Text:**
**ATTORNEY Appearance for Defendant Community Home Physicians, LLC by Sean Patrick Sullivan (Sullivan, Sean)**

**1:25-cv-06597 Notice has been electronically mailed to:**

John F. Sullivan　　jsullivan@plunkettcooney.com, mmusto@plunkettcooney.com

Keith Stolte　　kstolte@em3law.com, cbarbu@em3law.com

Max A Stein　　mstein@em3law.com, cbarbu@em3law.com, maxstein@recap.email

Michael B. Cohen　　mcohen@em3law.com, cbarbu@em3law.com, taugustave@em3law.com

Sean Patrick Sullivan　　SEAN@SBKLAWGROUP.COM

Thomas George French　　tfrench@plunkettcooney.com, msmith@plunkettcooney.com

Zohaib Ali　　zohaib@zaralawgroup.com

**1:25-cv-06597 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/15/2026] [FileNumber=31213994-0] [0ebf487a97eb9e18f31cf8f512a6004741ec2c2e620cb02471696129c453bc16db 314983c5b0f7e562b1755a082dda69a8a3d53eedcb56615183beac9c20f704]]