**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FARMBROOKE FAMILY PHYSICIANS, P.C., | ) ) ) | |
| *Plaintiff,* | ) ) | No. 25 C 6597 |
| v. | ) ) | Magistrate Judge M. David Weisman |
| COMMUNITY HOME PHYSICIANS, LLC, | ) ) ) | |
| *Defendant.* | ) ) ) | |

## <u>ORDER</u>

For the reasons set forth below, Farmbrooke Family Physicians, LLC's ("Farmbrooke") motion for sanctions and/or to compel discovery responses [54] is granted in part, as set forth herein. Ruling on motion set for 7/1/26 is stricken. A status hearing is now set for 7/1/26 at 9:15 a.m. Joint status report due by noon on 6/29/26.

This is a relatively straightforward breach of contract action. On 1/23/26, the parties served their discovery requests; Defendant did not serve any responses. The Court ultimately ordered Community Home to respond by 5/1/26. At least as of the filing of the parties' briefs, it appears that Community Home still has failed to respond to discovery. Farmbrooke moves to compel and sanction Defendant, asking the Court to enter an order that either enters judgment against Community Home; directs that Community Home's breach as alleged in the complaint be taken as established for purposes of this action; or prohibits Community Home from opposing Farmbrooke's breach of contract claim. In the event the Court deems those types of relief to be too drastic, Farmbrooke asks the Court to enter an order finding Community Home to be in contempt of court and impose a fine of $2,500 per day, or such other amount as the Court deems appropriate, until such time as Community Home provides its discovery responses. Farmbrooke also requests an award of attorney's fees.

Community Home's response does not indicate that responses have been provided or are forthcoming. Instead, Community Home simply asserts that entering a default judgment or barring Community Home from introducing evidence, as Plaintiff requests, would be an excessively severe sanction, and requests that any sanction be limited to an award of fees and costs.

"Sanctions generally must be measured, have a nexus to the violation, and be 'proportionate to the circumstances surrounding the failure to comply with discovery.'" *Butler v. Hogshead-Makar*, 21 CV 6854, 2025 WL 1398980, at *3 (N.D. Ill. May 14, 2025) (citation omitted). Community Home's responses have been significantly delayed, and that delay is now

in direct violation of this Court's order. Further, it remains unclear whether Community Home has served its responses. Nonetheless, the Court finds that the record does not support the more drastic sanctions of default judgment or the barring of evidence or argument. The Court notes that there has been a change of Community Home's counsel, which may explain some of the delay. Additionally, new counsel has appeared at court proceedings and appears engaged in the litigation of the case. Therefore, the more drastic sanctions are not justified at this point. The Court, however, admonishes Community Home that its continued failure to respond will lead to more drastic sanctions, including possibly claim-limiting sanctions or default judgment. *DR Distributors, LLC v. 21 Century Smoking, Inc.*, No. 3:12-CV-50324, 2024 WL 2846035, at *32 (N.D. Ill. June 5, 2024) ("Claim-and action-terminating sanctions are appropriate when a party's actions were in bad faith or fault is shown."). The Court will not continue to look kindly on further delays and disregarding of court orders.

Community Home must serve Farmbrooke with discovery responses within 7 days of the date of entry of this order. In addition, the Court awards Farmbrooke its reasonable fees and costs associated with filing the motion to compel. *See* Fed. R. Civ. P. 37(a)(5)(A). No later than 6/22/26, Farmbrooke shall file a brief petition setting forth the fees and costs it is seeking with any supporting documentation. Community Home shall respond to the fee petition no later than 6/29/26.

**Date**: June 15, 2026

**M. David Weisman**
**United States Magistrate Judge**

2