# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MAX A. STEIN**

I, MAX A. STEIN, declare as follows:

1.      I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

2.      I am a partner in the law firm of Maxson Mago & Macaulay LLP and have been licensed to practice law in Illinois since 2001.  I am also admitted to the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin and the United States District Court for the Western District of Michigan.  My normal and customary rate for commercial contract disputes like this one is $525.00 per hour.

3.      Keith M. Stolte is Counsel in the law firm of Maxson Mago & Macaulay LLP and has been licensed to practice law in Illinois since 1998.  Mr. Stolte is also admitted to several Federal Courts of Appeal, including for the First, Second, Sixth, Seventh and Federal Circuits, and District Courts for the Northern District of Illinois and the Western District of Michigan.

Mr. Stolte's normal and customary rate for commercial contract disputes like this one is $ 425.00 per hour. Our paralegal, Cosmin Barbu, is billed out at $150.00 per hour.

4. These rates are in line with or below what courts in this District have determined are reasonable for practitioners with comparable or even less experience. See. *e.g., Xie v. Entities & Individuals Identified in Annex A*, No. 25 CV 325, 2026 WL 941718, at *2 (N.D. Ill. Jan. 28, 2026) (hourly rate of $500 was reasonable for attorney with 10 years' experience prevailing on Rule 37 motion); *Hirsch v. Will Cnty.*, No. 19 CV 7398, 2023 WL 6809609, at *6 (N.D. Ill. Oct. 15, 2023) (hourly rate of $525 reasonable for attorney with 28 years' experience prevailing on Rule 37 motion and collecting cases); *Bigfoot 4x4, Inc. v. Individuals, Corps., Ltd. Liab. Companies, Partnerships, & Unincorporated Associations Identified on Schedule A Hereto*, No. 1:22-CV-06758, 2024 WL 1214749, at *4 (N.D. Ill. Mar. 21, 2024) (hourly rate of $800 reasonable for attorney with 28 years' experience prevailing on Rule 37 motion).

5. Throughout this litigation, the above identified hourly rates were used in billing our legal services to Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke") and it has consistently paid the invoices our firm has sent to it. Courts routinely deem the best evidence of whether fees are reasonable is whether a party has paid them. *Cinta Corp. v. Perry*, 517 F.3d 459, 469 (7th Cir. 2008); see also P*hilips Med. Sys. (Cleveland), Inc. v. Buan*, 2024 WL 216673, at *2 (N.D. Ill. Jan. 19, 2024).

6. Attached hereto is a true and accurate log of the billing records of Maxson Mago & Macaulay LLP related to Farmbrooke's prosecution of its Motion for Sanctions and/or to Compel Responses to Discovery Requests and the instant Petition, which reflect that I worked 5.2 hours ($2,730) and Mr. Stolte worked 4.9 hours ($2082.50). Our paralegal, Mr. Barbu, worked 4.6 hours ($690), for a total of 14.70 hours. Thus, at our normal and customary rates, the amount of attorneys'

2

fees incurred by Farmbrooke in connection with the above items is $5,502.50. This is in line with or significantly less than the fees awarded in connection with the Rule 37 motions in *Bigfoot 4X4* ($6,663), *Xie* ($9,250), and *Hirsch* ($23,253.75) cited in paragraph 4 above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2026.

                                              /s/ Max Stein

                                              Max A. Stein

# ATTACHMENT

| Entry Date | User | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| 04/21/2026 | Max Stein | Followed up with opposing counsel regarding preparation and filing of status report ahead of scheduled status hearing; | 0.40 | 0.40 | $525.00/hr | $ 210.00 |
| 05/04/2026 | Max Stein | Followed up with defense counsel regarding status of defendant's discovery responses; Worked on finalizing our document production; | 1.10 | 1.10 | $525.00/hr | $ 577.50 |
| 05/06/2026 | Max Stein | Followed up on discovery issues; | 0.20 | 0.20 | $525.00/hr | $ 105.00 |
| 05/18/2026 | Max Stein | Followed up on discovery issues, including emails with Defendant's counsel; Prepared draft status report for filing with court ahead of status hearing; | 0.40 | 0.40 | $525.00/hr | $ 210.00 |
| 05/19/2026 | Max Stein | Finalized and submitted joint status report; | 0.20 | 0.20 | $525.00/hr | $ 105.00 |
| 05/19/2026 | Cosmin Barbu | Finalize and submit Joint Status Report for filing | 0.10 | 0.10 | $150.00/hr | $ 15.00 |
| 05/20/2026 | Max Stein | Prepared for, attended, and followed up on status hearing; | 1.10 | 1.10 | $525.00/hr | $ 577.50 |
| 05/28/2026 | Keith Stolte | Draft motion to compel and for sanctions; conduct legal research in preparation of motion. | 3.80 | 3.80 | $425.00/hr | $ 1,615.00 |
| 05/29/2026 | Max Stein | Finalized motion for sanctions and/or to compel for filing; | 0.80 | 0.80 | $525.00/hr | $ 420.00 |
| 05/29/2026 | Keith Stolte | Finalize motion to compel and for sanctions | 0.20 | 0.20 | $425.00/hr | $ 85.00 |
| 05/29/2026 | Cosmin Barbu | Finalize and submit motion to compel and for sanctions and exhibits | 0.70 | 0.70 | $150.00/hr | $ 105.00 |
| 06/10/2026 | Keith Stolte | Review response to motion for sanctions | 0.10 | 0.10 | $425.00/hr | $ 42.50 |
| 06/10/2026 | Max Stein | Review and analyze response to motion for sanctions | 0.20 | 0.20 | $525.00/hr | $ 105.00 |
| 06/15/2026 | Keith Stolte | Review order granting in part motion for sanctions | 0.20 | 0.20 | $425.00/hr | $ 85.00 |
| 06/15/2026 | Max Stein | Review and analyze order granting in part motion for sanctions; Follow up with K. Stolte re: next steps; | 0.30 | 0.30 | $525.00/hr | $ 157.50 |
| 06/17/2026 | Cosmin Barbu | Review order granting in part motion for sanctions; draft fee petition paragraphs 2, 5, 6, and format | 0.70 | 0.70 | $150.00/hr | $ 105.00 |
| 06/18/2026 | Keith Stolte | Review and revise Fee petition and Stein Declaration; Review cases cited in petition. | 0.60 | 0.60 | $425.00/hr | $ 255.00 |
| 06/18/2026 | Max Stein | Reviewed and revise draft of fee petition and supporting materials; Followed up on information regarding time billed to motion for sanctions; | 0.50 | 0.50 | $525.00/hr | $ 262.50 |
| 06/18/2026 | Cosmin Barbu | Research re awards of attorneys' fees; draft declaration of Max Stein and paragraphs 3 and 4 of fee petition | 1.70 | 1.70 | $150.00/hr | $ 255.00 |
| 06/19/2026 | Cosmin Barbu | Research re reasonableness of attorneys' fees in N.D.Ill.; draft email re same; finalize and submit fee petition for filing | 1.40 | 1.40 | $150.00/hr | $ 210.00 |
| | | **TOTALS:** | **14.70** | **14.70** | | **$ 5,502.50** |