**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STATUS REPORT</u>**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") submits the following Status Report to update the Court on the status of discovery following the Court's June 15, 2026 Order, Doc. 57.

1.    On June 15, 2026, the Court ordered Defendant Community Home Physicians, LLC ("Community Home") to serve Farmbrooke Family discovery responses within seven days, June 22, 2026.

2.    Defendant served its discovery responses on June 25, 2026.

3.    Plaintiff is currently reviewing the responses and anticipates raising any issues with Defendant by July 10, 2026.

Dated: June 29, 2026

> **PLAINTIFF FARMBROOKE
> FAMILY PHYSICIANS, P.C.**
>
> By:    /s/Max A. Stein
>         One of its attorneys
>
> Michael B. Cohen (ARDC # 6292575)
> Max A. Stein (ARDC # 6275993)
> Keith M. Stolte (ARDC # 6244848)
> **MAXSON MAGO & MACAULAY, LLP**

77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com