**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's June 29, 2026 Minute Order, Doc. 60. As their Report, the Parties state as follows:

1.      On July 8, 2026, counsel for Farmbrooke Family sent a letter identifying issues with Community Home's discovery responses to Community Home's counsel. A copy of the letter is attached to this Joint Status Report as Exhibit 1.

2.      In the letter, Farmbrooke Family identified a number of issues with Community Home's discovery responses and, in light of the upcoming hearing, requested that Community Home respond to those issues by supplementing its discovery responses by July 13, 2026.

3.      After receiving Farmbrooke Family's letter, Community Home's counsel forwarded it to Community Home and asked for additional discovery responses. At this time, Community Home's counsel does not have anything to update in response to the issues identified in the letter.

4.      Accordingly, Farmbrooke Family requests the Court's assistance in resolving the issues identified in its letter. To facilitate that, Farmbrooke Family is also attaching Community Home's responses as Exhibits 2 through 4.

5.      The Court further requested that this status report set forth any anticipated oral discovery. At this time, Farmbrooke Family is not sure if it will need oral discovery prior to filing a motion for summary judgment. Depending on the resolution of the discovery issues identified in its discovery letter, Farmbrooke Family may seek to depose four to six witnesses, including Community Home's Bader Almoshelli, Muhammad Nafees, Brian Guimon, and Yusra Gomaa. Due to various scheduling issues, Farmbrooke Family requests 60 days to complete these depositions.

6.      Farmbrooke Family does not currently anticipate any expert witnesses.

7.      Farmbrooke Family is not currently interested in a settlement conference.

Dated: July 14, 2026

| **PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.** | **DEFENDANT COMMUNITY HOME PHYSICIANS, LLC** |
|---|---|
| By:___/s/Max A. Stein_____ <br> One of its attorneys | By:___/s/Sean P. Sullivan_____ <br> One of its attorneys |
| Michael B. Cohen (ARDC # 6292575) <br> Max A. Stein (ARDC # 6275993) <br> Keith M. Stolte (ARDC # 6244848) <br> **MAXSON MAGO & MACAULAY, LLP** <br> 77 W. Wacker Drive, Suite 4500 <br> Chicago, IL 60601 <br> mcohen@em3law.com <br> mstein@em3law.com <br> kstolte@em3law.com | Sean P. Sullivan <br> SBK Law Group, LLP <br> 555 Water's Edge, Suite 205 <br> Lombard, IL 60148 <br> sean@sbklawgroup.com |

2