# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Magistrate Judge: M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT**

Plaintiff, Farmbrooke Family Physicians, P. C ("Farmbrooke"), through its attorneys and pursuant to Federal Rule of Civil Procedure 36, sets forth the following requests to admit to be answered by Defendant Community Home Physicians, LLC (Community Home") within 30 days.

1.      Admit that the Asset Purchase Agreement attached to the Complaint as Exhibit 1 (the "APA") is a valid and enforceable agreement.

**RESPONSE:  Denied. The document is no longer a valid and enforceable agreement because of the previously asserted affirmative defenses and Dr. Sikorski's own breaches and bad faith.**

2.      Admit that Community Home has not terminated the APA.

**RESPONSE: Denied.**

3.      Admit that Community Home did not make the $6,000 monthly payments to Farmbrooke referenced in section 1.04 of the APA beginning in March 2024.

**RESPONSE: Admit. However, Community Home affirmatively states that is because Dr. Sikorski had already breached the agreement through his bad acts and bad faith.**

4.      Admit that Community Home did not make the $28,000 payment to Farmbrooke referenced in section 1.04 of the APA at any time.

**RESPONSE: Admit. However, Community Home affirmatively states that is because Dr. Sikorski had already breached the agreement through his bad acts and bad faith.**

5.    Admit that Dr. Sikorski did not voluntarily terminate his employment agreement referenced in section 1.05 of the APA.

**RESPONSE: Admitted. Dr. Sikorski was terminated for cause due to his own bad acts and bad faith.**

6.    Admit that Community Home terminated Dr. Sikorski's employment.

**RESPONSE: Admitted. Dr. Sikorski was terminated for cause due to his own bad acts and bad faith.**

Dated: June 25, 2026                    Respectfully submitted,

                                        **Community Home Physicians, LLC**

                                        By:____/s/ *Sean P. Sullivan*_____
                                                One of its attorneys

Sean P. Sullivan
*Attorneys for Defendant*
SBK Law Group, LLP
ARDC # 6302062
555 Waters Edge, Suite 205
Lombard, IL 60148
(630) 427-4407
notice@sbklawgroup.com