# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Magistrate Judge: M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWERS TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR THE
<u>PRODUCTION OF DOCUMENTS AND THINGS</u>**

Community Home Physicians, LLC, As and For its Answer to Plaintiff, Farmbrooke Family Physicians, P. C. ("Farmbrooke"), First Request for Documents and pursuant to Federal Rules of Civil Procedure does hereby state as follows:

**REQUESTS FOR PRODUCTION**

1. All documents referred to or identified in Defendant's responses to any interrogatories served on it in this matter.

**<u>RESPONSE:</u> Asset Purchase Agreement attached as Ex. 1 to the Complaint and communications from former employee, Brenda Kuchulan and Manger Brian Guimons. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

2. All documents regarding or related to any claims or defenses asserted in this matter.

**<u>RESPONSE:</u> See above answer. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

3. All documents related to the Asset Purchase Agreement attached to the Complaint as Exhibit 1 (the "APA").

**RESPONSE:** **See answer to number 1 above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

4. All documents relating to or referencing Community Home's decision not to make payments to Farmbrooke referenced in Section 1.04 of the APA.

**RESPONSE:**

5. All documents you believe justify your non-payment of the $6,000 monthly payments and $28,000 balloon payment reference in Section 1.04 of the Asset Purchase Agreement.

**RESPONSE:** **See answer to number 1 above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

6. All documents relating to any alleged prior material breach of the Asset Purchase Agreement by Farmbrooke.

**RESPONSE:** **See communications from Brenda Kuchulan and Manger Brian Guimons as identified above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

7. All documents from Dr. Sikorski's employment file.

**RESPONSE:** **Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

8. All documents relating to Dr. Sikorski's performance as an employee of Community Home.

**RESPONSE:** **See communications from Brenda Kuchulan and Manger Brian Guimons as identified above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

9. All documents relating to any complaints by patients or employees of Community Home concerning Dr. Sikorski.

**RESPONSE: See communications from Brenda Kuchulan and Manger Brian Guimons as identified above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

10. All documents related to any claim by you that Dr. Sikorski voluntarily terminated his employment agreement.

**RESPONSE: Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

11. All documents relating to Dr. Sikorski's termination of employment by Community Home.

**RESPONSE: See communications from Brenda Kuchulan and Manger Brian Guimons as identified above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

12. All documents relating to Affirmative Defense No. 3 in your Answer that Farmbrooke "knowingly misrepresented or concealed material facts."

**RESPONSE:**

13. All documents relating to Affirmative Defense No. 4 in your Answer that Farmbrooke "acted arbitrarily, capriciously and/or in a manner inconsistent with reasonable expectations.".

**RESPONSE: See communications from Brenda Kuchulan and Manger Brian Guimons as identified above. Investigation continues. Defendant reserves the right to supplement answers as new documents become available.**

14.     Copies of your monthly, quarterly and annual financial statements for the years 2024 and 2025, including profit and loss statements and balance sheets.

**RESPONSE: Defendant objects on the basis that this is overly broad and unduly burdensome and irrelevant.**

Dated: June 25, 2026                                     Respectfully submitted,

                                                                         **Community Home Physicians, LLC**

                                                                         By:____/s/ *Sean P. Sullivan*_____
                                                                                    One of its attorneys

Sean P. Sullivan
*Attorneys for Defendant*
SBK Law Group, LLP
ARDC # 6302062
555 Waters Edge, Suite 205
Lombard, IL 60148
(630) 427-4407
notice@sbklawgroup.com