**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Farmbrooke Family Physicians, P. C., )<br><br>PLAINTIFF, )<br>v. )<br><br>Community Home Physicians, LLC, )<br><br>DEFENDANT. ) | CASE NO: 1:25-cv-06597 |

**SEAN P. SULLIVAN'S MOTION TO WITHDRAW**

Attorney, Sean P. Sullivan of SBK Law Group LLP, pursuant to Local Rule 83.17, hereby moves this Court for leave to withdraw from their representation of Defendant, Community Home Physicians, LLC ("Community Home") and in support of same, state as follows:

1.      Attorney Sullivan and counsel for Farmbrooke  Family Physicians have been in contact to try to resolve discovery differences amicably.

2.       Unfortunately, despite the  best efforts of  both attorneys, differences in discovery still remain unresolved.

3.      At this time,  Attorney Sullivan does not believe the discovery differences  between the parties can be resolved amicably.

4.       Despite the best efforts of Attorney Sullivan, he has been unsuccessful in getting Community Physician's  to fully comply with the Court's orders regarding outstanding discovery still owed.

5.      As such, Community Home and the firm SBK Law Group LLP have fundamental differences of opinion concerning the manner of representation in this case such that it has rendered ongoing representation of Community Home on the part of SBK Law Group LLP impractical and not in the best interest of all parties.

6.      "The court was well within its discretion to allow the attorney to withdraw where he

had reached an impasse with [the client] in how to proceed with the case." *Parker v. Four Seasons Hotels, Ltd.*, 845 F.3d 807, 816 (7th Cir. 2017).

7. Community Home will be sent notice of this Motion through e-mail, its registered agent and through its transactional counsel, attorney Aamir Razvi.

8. All Parties have been notified pursuant to the Notice of Motion attached hereto as Exhibit A.

WHEREFORE, Sean P. Sullivan of SBK Law Group LLP, respectfully request that this court grant them leave to withdraw from their representation of Defendant/Counter-Plaintiff, Community Home Physicians, LLC.

COMMUNITY HOME PHYSICIANS, LLC


By: /s/ Sean P. Sullivan
             Sean P. Sullivan

Sean P. Sullivan
SBK Law Group, LLP
555 Waters Edge, Suite 205
Lombard, IL 60148
sean@sbklawgroup.com