**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CASE NO: 1:25-cv-06597 |
| | ) | |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that on **September 9, 2026 at 9:15 a.m.**, I shall appear before the Honorable Judge M. David Weisman, or any Judge sitting in his stead, in Courtroom 1300 of the United States District Court of the Northen District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present Sean P. Sullivan's Motion to Withdraw, a copy of which is hereby served on you..

COMMUNITY HOME PHYSICIANS, LLC

By: */s/ Sean P. Sullivan*
Sean P. Sullivan

Sean P. Sullivan
SBK Law Group, LLP
555 Waters Edge, Suite 205
Lombard, IL 60148
(312) 970-3480
sean@sbklawgroup.com

**Exhibit A**

## CERTIFICATE OF SERVICE

I, Madeline Doody, a non-attorney, under penalty of perjury under the laws of the United States of America declare that on August 11, 2026, I filed and served a copy of this Notice of Motion and Motion to Withdraw, on each person or entity shown on the service list below, at the address shown, and by the method indicated.

*/s/ Madeline Doody*

## SERVICE LIST

**Via U.S. Certified Mail – Return Receipt Requested** (By depositing the same in the U.S. Mailbox located at 555 Waters Edge, Lombard, IL 60148

Community Home Physicians, LLC
c/o Chief Operating Officer
1S450 Summit Avenue
Oakbrook Terrace, IL 60181

**Via CM/EFC system**

**Max A Stein**
Maxson Mago & Macaulay LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mstein@em3law.com

**Zohaib Ali**
Zara Law Group
6825 Hobson Valley Drive, Suite 102
Woodridge, IL 60517
zohaib@zaralawgroup.com

**Via electronic mail**

Aamir H. Razvi
6825 Hobson Valley Drive #102
Woodridge, IL 60517
aamir@razvilawfirm.com