**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Farmbrooke Family Physicians, P.C.

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–06597
                                                      Honorable M. David Weisman

Community Home Physicians, LLC

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 12, 2026:


        MINUTE entry before the Honorable M. David Weisman: Motion hearing on
Attorney Sean P. Sullivan's motion to withdraw as attorney for Community Home
Physicians, LLC. [64] is set for 8/20/26 at 9:30 a.m. A corporate representative for
Defendant shall also appear so the Court can discuss next steps with the parties. Motion
hearing set for 9/9/26 is stricken. Parties may appear in person or dial in using the Court's
conference call–in number. The conference call–in number is 1–855–244–8681 and the
access code is 2316 422 1828##. Members of the public and media who wish to listen to
this hearing may call in. Persons granted remote access to proceedings are reminded of the
general prohibition against photographing, recording, and rebroadcasting of court
proceedings. Violation of these prohibitions may result in sanctions, including removal of
court issued media credentials, restricted entry to future hearings, denial of entry to future
hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.