## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Farmbrooke Family Physicians, P.C.

Plaintiff,

v.                                                                    Case No.: 1:25–cv–06597

Honorable M. David Weisman

Community Home Physicians, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

      MINUTE entry before the Honorable M. David Weisman: Minute entry [66] is amended to reflect that the motion hearing on Attorney Sean P. Sullivan's motion to withdraw as attorney for Community Home Physicians, LLC. [64] is set for 8/19/26 at 9:30 a.m. rather that on 8/20/26. (Please Note Date Change.) Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.