**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Case No.: 1:25−cv−06597
Honorable M. David Weisman
Community Home Physicians, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable M. David Weisman: Motion hearing held. Corporate representative for Defendant is not present despite defense counsel having presented the minute order to Defendant directing it to be present. Discussion held on defense counsel's motion to withdraw as counsel [64]. Defense counsel's motion to withdraw [64] is granted given lack of prejudice and relatively early stage of the case. The Court intends to move the case forward. Status hearing set for 9/2/6 at 9:30 a.m. Now withdrawn Defendant counsel shall provide a copy of this order to Defendant. Defendant shall appear at the 9/2/26 status hearing; an individual may proceed pro se, but a limited liability company must be represented by counsel. If counsel does not appear for the LLC defendant at the 9/2/26 status hearing, sanctions may follow, including a default judgment against the LLC defendant. Status hearing set for 9/9/26 is stricken. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.