**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Community Home Physicians, LLC
Defendant.

Case No.: 1:25−cv−06597
Honorable M. David Weisman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable M. David Weisman: Status hearing held. Defense counsel Ali represented that he is still representing defendants. The parties will meet in an effort to settle the case. A joint status report shall be filed by COB 9/15/26 that contains a report on settlement negotiations, a proposed discovery schedule, and any other issues the parties wish to raise. A status hearing is set for 9/17/26 at 1:30 p.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.