**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and Defendant Community Home Physicians, LLC's ("Community Home") submit the following Joint Status Report as required by the Court's September 2, 2026 Minute Order, Doc. 70. As their Report, the Parties state as follows:

1. Counsel for Community Home attempted to reach counsel for Farmbrooke regarding the status of settlement discussions on September 8, 2026. After some phone tag, counsel spoke on September 10, 2026. At the end of that conversation, counsel for Community Home agreed to follow up with his client and, likely, provide a settlement proposal.

2. On September 15 Community Home proposed a settlement offer which Farmbrook's counsel stated he would relay the information to his client and respond.

3. The Court's Minute Order further requested that this status report set forth a propose discovery schedule and any other issues the parties may wish to raise. At this point, Farmbrooke Family continues to await the supplemental discovery responses that, in its July 15, 2026 Minute Order, Doc. 63, the Court ordered be provided by July 31, 2026 and August 14, 2026. As such, Farmbrooke Family cannot be certain of all oral discovery it may need.

4. To the extent that the Court is willing to grant Community Home further time to comply with its discovery obligations and the Court's orders, Farmbrooke Family requests that it be given no more that 14 days to comply. Community Home is requesting for 21 days to comply.

5. Then, based on the information available to it at this time, Farmbrooke Family may seek to depose four to six witnesses, including a corporate representative of Community Home as well as Bader Almoshelli, Muhammad Nafees, Brian Guimon, and Yusra Gomaa, each of whom was identified in the interrogatory responses served by Community Home. At this time, Farmbrooke Family requests that the Court require that Community Home produce any witnesses to sit for a deposition by no later than November 20, 2026.

6. Based on the information available to it at this time, Community Home may seek to depose Dr. Sikorski.

7. Farmbrooke Family does not currently anticipate any expert witnesses. Community home also does not currently anticipate any expert witnesses.

Dated: September 15, 2026

**PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.**

By: /s/Max A. Stein
One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com

**DEFENDANT COMMUNITY HOME PHYSICIANS, LLC**

By: /s/Zohaib Ali
One of its attorneys

Zohaib Ali (ARDC #6302242)
**ZARA LAW GROUP, LLC**
6825 Hobson Valley Drive, Suite 102
Woodridge, IL 60517
zohaib@zaralawgroup.com