**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Case No.: 1:25−cv−06597
Honorable M. David Weisman
Community Home Physicians, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report indicating that on 9/15/26, Community Home proposed a settlement offer and Farmbrooke's counsel indicated he would relay it to his client and respond. The Court thanks counsel for their efforts at settling the case. Nevertheless, because this case has languished, firm dates will be set to expeditiously move this case to dispositive motions and/or trial. Plaintiff's response to Defendant's settlement offer shall be provided no later than 9/22/26. In the event the case does not immediately settle, discovery will proceed promptly (and simultaneous to any ongoing settlement discussions). Defendant's supplemental discovery responses are due by 10/2/26. Any meet and confers regarding Defendant's supplemental responses shall be completed by 10/12/26. The parties shall begin discussing and setting dates for depositions as soon as Defendant's supplemental discovery responses are served. Status hearing set for 9/17/26 is stricken and reset to 10/21/26 at 9:15 a.m. Joint status report due by noon on 10/20/26 setting forth the status of written discovery; a firm list of anticipated depositions with any scheduled dates; and any other issues the parties wish to raise. Plaintiff states it anticipates deposing 4−6 witnesses, and Defendant anticipates approximately one deposition. Neither side expects expert disclosures. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.