**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") submits the following Status Report to update the Court on the status of discovery following the Court's September 16, 2026 Order, Doc. 72.

1. On September 16, 2026, the Court ordered Defendant Community Home Physicians, LLC ("Community Home") to serve its supplemental discovery responses by October 2, 2026. The Court further ordered that any meet and confers regarding Defendant's supplemental responses to be completed by October 12, 2026 and also ordered the parties to begin discussing and setting dates for depositions as soon as Defendant's supplemental discovery responses are served.

2. As of the filing of this Status Report, Defendant has not served any supplemental discovery responses. Defendant's counsel initially indicated that he anticipated serving the supplemental responses the week after the deadline. In response, Plaintiff's counsel indicated that, while he could not agree to an extension of the deadline set by the Court, he would hold off taking any action for Defendant missing the deadline without first notifying him.

3. Having received no supplemental responses or further update from Community Home, on October 8, 2026, Plaintiff's counsel notified Defendant's counsel that, unless the supplemental responses were received by the end of that day, Farmbrooke Family would file a motion with the Court.[1]

4. The next day, October 9, 2026, Defendant's counsel responded and reported that Community Home was still working on completing the discovery and that the client had been dealing with a death in the family that meant counsel was still waiting for additional documents to be sent. Plaintiff's counsel responded that, having missed these Court-ordered deadlines, Community Home should move to extend any deadlines it is unable to meet. If no such motion was filed, Farmbrooke Family indicated it would file this Status Report.

5. As of the filing of this Status Report, Community Home had not served any supplemental discovery responses.

6. This is the not first time that Community Home has missed discovery deadlines set by the Court. To the contrary, Community Home has regularly missed deadlines set by the Court, effectively delaying the progress that needs to be made in this matter.

7. Accordingly, Farmbrooke Family now requests that the Court, again, sanction Community Home for its failure to adhere to the Court's deadlines. Specifically, this time, Farmbrooke Family requests that the Court, at a minimum, order that Community Home be limited to its existing discovery responses and is barred from providing any further supplements. Further, given its pattern of missing deadlines, Farmbrooke Family suggests that further sanctions would

---

[1] The communications described in this motion were exchanged by counsel with a F.R.E. 408 designation, and so, out of an abundance of caution, have not been attached. If the Court believes it would be useful to have them, Plaintiff is happy to work with Defendant to submit the communications.

be appropriate, including but not limited to a default judgment being entered against Community Home. Such an order will allow this matter to finally proceed to the completion of discovery and, likely, summary judgment on Community Home's alleged breach of contract.

Dated: October 12, 2026

**PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.**

By: /s/Max A. Stein
One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**EM3 | MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com