**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Case No.: 1:25−cv−06597
Honorable M. David Weisman
Community Home Physicians, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court has reviewed Plaintiff's status report [73]. Plaintiff's requests set forth therein must be made via a fully supported motion. Once Plaintiff files the motion, the Court will set a briefing schedule and set a hearing on the motion. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.