**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") submits the following Status Report as required by the Court's September 16, 2026 Minute Order, Doc. 72. As its Report, Farmbrooke Family states as follows:

1. In its September 16, 2026 Minute Order, Doc. 72, the Court set an October 1, 2026 deadline for Community Home to supplement its discovery responses. As Farmbrooke Family reported in the Status Report submitted on October 12, 2026, Doc. 73, Community Home failed to serve supplemental discovery responses by the Court's deadline.

2. As a result and as suggested by the Court, Farmbrooke Family filed another motion for sanctions against Community Home on October 15, 2026, Doc. 75. That motion is set to be heard at the upcoming hearing on October 22, 2026 at 1:30 p.m.

3. After Farmbrooke Family filed that second motion for sanctions and also on October 15, 2026, Community Home did make a further settlement proposal. Farmbrooke Family has rejected that proposal.

4. As of the submission of this Joint Status Report, Community Home still has not served supplemental discovery responses. Accordingly, the parties have not completed the

remaining items set forth by the Court in its September 16, 2026 Minute Order, including meeting-and-conferring regarding the supplemental responses and discussing dates for depositions.

Dated: October 20, 2026

**PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.**

By: /s/Max A. Stein
One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com