**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Case No.: 1:25−cv−06597
Honorable M. David Weisman
Community Home Physicians, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable M. David Weisman: Status hearing held. Motion hearing held on Plaintiff's second motion for sanctions [75]. Defendant explains that it has made two settlement offers, but Plaintiff avers that it has rejected them. The Court is willing to conduct a telephonic settlement conference, but the parties appear to be too far apart at this juncture. Defendant will provide a further offer. The Court is not pleased with the lack of progress on discovery in this matter. Plaintiff's motion [75] is granted in part. Plaintiff is to submit a fee petition or any other motion by 11/5/26. Defendant may respond by 11/12/26. Plaintiff's request for per diem sanction is denied without prejudice. Defendant must respond to the discovery requests referenced in the motion for sanctions by COB 10/29/26. Status hearing set for 11/24/26 at 11:00 a.m. Joint status report due by noon on 11/20/26. Parties may dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.