# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

a

**DECLARATION OF MAX A. STEIN**

I, MAX A. STEIN, declare as follows:

1. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

2. I am a partner in the law firm of Maxson Mago & Macaulay LLP and have been licensed to practice law in Illinois since 2001. I am also admitted to the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin and the United States District Court for the Western District of Michigan. My normal and customary rate for commercial contract disputes like this one is $525.00 per hour.

3. Keith M. Stolte is Counsel in the law firm of Maxson Mago & Macaulay LLP and has been licensed to practice law in Illinois since 1998. Mr. Stolte is also admitted to several Federal Courts of Appeal, including for the First, Second, Sixth, Seventh and Federal Circuits, and District Courts for the Northern District of Illinois and the Western District of Michigan.

Mr. Stolte's normal and customary rate for commercial contract disputes like this one is $ 425.00 per hour. Our paralegal, Cosmin Barbu, is billed out at $150.00 per hour.

4. These rates are in line with or below what courts in this District have determined are reasonable for practitioners with comparable or even less experience. See. *e.g., Xie v. Entities & Individuals Identified in Annex A*, No. 25 CV 325, 2026 WL 941718, at *2 (N.D. Ill. Jan. 28, 2026) (hourly rate of $500 was reasonable for attorney with 10 years' experience prevailing on Rule 37 motion); *Hirsch v. Will Cnty*., No. 19 CV 7398, 2023 WL 6809609, at *6 (N.D. Ill. Oct. 15, 2023) (hourly rate of $525 reasonable for attorney with 28 years' experience prevailing on Rule 37 motion and collecting cases); *Bigfoot 4x4, Inc. v. Individuals, Corps., Ltd. Liab. Companies, Partnerships, & Unincorporated Associations Identified on Schedule A Hereto*, No. 1:22-CV-06758, 2024 WL 1214749, at *4 (N.D. Ill. Mar. 21, 2024) (hourly rate of $800 reasonable for attorney with 28 years' experience prevailing on Rule 37 motion).

5. Throughout this litigation, the above identified hourly rates were used in billing our legal services to Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") and it has consistently paid the invoices our firm has sent to it. Courts routinely deem the best evidence of whether fees are reasonable is whether a party has paid them. *Cinta Corp. v. Perry*, 517 F.3d 459, 469 (7th Cir. 2008); see also P*hilips Med. Sys. (Cleveland), Inc. v. Buan*, 2024 WL 216673, at *2 (N.D. Ill. Jan. 19, 2024).

6. Attached hereto is a true and accurate log of the billing records of Maxson Mago & Macaulay LLP related to Farmbrooke Family's recent motions for sanctions after the October 2, 2026 deadline set by the Court for Defendant Community Home Physicians LLC ("Community Home") to supplement its discovery responses. Those records reflect that I worked 9.7 hours ($5,092.50) and Mr. Stolte worked 1.8 hours ($765). Our paralegal, Mr. Barbu, worked 1.3 hours

($195), for a total of 12.80 hours. Thus, at our normal and customary rates, the amount of attorneys' fees incurred by Farmbrooke in connection with the above items is $6,052.50. This is in line with or significantly less than the fees awarded in connection with the Rule 37 motions in *Bigfoot 4X4* ($6,663), Xie ($9,250), and Hirsch ($23,253.75) cited in paragraph 4 above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5, 2026.

*/s/Max A. Stein*
Max A. Stein

# ATTACHMENT

| Entry Date | User | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| 10/09/2026 | Max Stein | Followed up with opposing counsel regarding status of supplement discovery; | 0.3 | 0.30 | $525.00 | $ 157.50 |
| 10/12/2026 | Max Stein | Followed up on discovery issues and prepared and filed status report; | 0.40 | 0.40 | $525.00 | $ 210.00 |
| 10/12/2026 | Cosmin Barbu | Followed up on issues related to recent court deadlines and settlement proposal from Community Home, including telephone conference with M. Sikorski and emails with Community Home's counsel; | 0.30 | 0.30 | $150.00 | $ 45.00 |
| 10/13/2026 | Keith Stolte | Review and revise motion for sanctions; conduct legal research in support of same; | 1.50 | 1.50 | $425.00 | $ 637.50 |
| 10/13/2026 | Max Stein | Worked on draft motion for sanctions against Community Home following its failure to provide supplemental discovery responses; | 1.70 | 1.70 | $525.00 | $ 892.50 |
| 10/14/2026 | Max Stein | Followed up on draft motion for sanctions; | 0.20 | 0.20 | $525.00 | $ 105.00 |
| 10/15/2026 | Max Stein | Finalized and filed motion for sanctions against Community Home for its failure to comply with discovery deadlines; | 0.60 | 0.60 | $525.00 | $ 315.00 |
| 10/15/2026 | Cosmin Barbu | Proof read, edited, finalized, and submitted motion for filing; reviewed and updated file and docket materials | 0.40 | 0.40 | $150.00 | $ 60.00 |
| 10/20/2026 | Max Stein | Followed up on Community Home's settlement proposal, including correspondence with opposing counsel rejecting the proposal; Prepared and filed joint status report with Court ahead of upcoming hearing on status and motion for sanctions; | 0.70 | 0.70 | $525.00 | $ 367.50 |
| 10/20/2026 | Cosmin Barbu | Proof read, edited, finalized, and submitted motion for filing; reviewed and updated file and d | 0.20 | 0.20 | $150.00 | $ 30.00 |
| 10/22/2026 | Max Stein | Prepared for, attended, and followed up on hearing on Second Motion for Sanctions; | 2.20 | 2.20 | $525.00 | $ 1,155.00 |
| 10/29/2026 | Max Stein | Followed up on Community Home's latest settlement proposal, including review of expected terms and communications with M. Sikorski re: potential next steps; | 0.40 | 0.40 | $525.00 | $ 210.00 |
| 10/29/2026 | Cosmin Barbu | Reviewed and updated file and docket materials; | 0.10 | 0.10 | $150.00 | $ 15.00 |
| 11/02/2026 | Max Stein | Worked on issues related to recent court deadlines and settlement proposal from Community Home's counsel; | 0.40 | 0.40 | $525.00 | $ 210.00 |
| 11/03/2026 | Max Stein | Followed up on issues related to recent court deadlines and settlement proposal from Community Home, including telephone conference with M. Sikorski and emails with Community Home's counsel; | 0.80 | 0.80 | $525.00 | $ 420.00 |
| 11/04/2026 | Max Stein | Further followed up on issues related to settlement and addressing Community Home's ongoing failure to comply with deadlines set by the Court; | 0.40 | 0.40 | $525.00 | $ 210.00 |
| 11/05/2026 | Max Stein | Drafted and filed third motion for sanctions and fee petition; | 1.60 | 1.60 | $525.00 | $ 840.00 |
| 11/05/2026 | Keith Stolte | Reviewed third motion for sanctions and fee petition; drafted email about same | 0.30 | 0.30 | $425.00 | $ 127.50 |
| 11/05/2026 | Cosmin Barbu | Finalized and submitted third motion for sanctions and fee petition for filing | 0.30 | 0.30 | $150.00 | $ 45.00 |
| | | **TOTALS:** | **12.80** | **12.80** | | **$ 6,052.50** |