**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Farmbrooke Family Physicians, P.C.
Plaintiff,
v.
Case No.: 1:25−cv−06597
Honorable M. David Weisman
Community Home Physicians, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court is in receipt of plaintiff's motion for sanctions, which is premised on defendant's continued failure to comply with this Court's discovery orders. The motion is denied without prejudice. While the Court acknowledges that defendant's failure to comply with this Court's previous orders is an issue that may ultimately need to be addressed, the motion also makes clear that defendant is attempting to resolve the case, and the plaintiff has not accepted the offers made. Fed. R. Civ. P. 1 requires the parties and the Court to efficiently resolve matters. Given Rule 1's mandate and defendant's effort to resolve the case, the Court denies plaintiff's motion without prejudice. Settlement is often the most efficient means of resolution. Given the defendant has made offers to resolve the case, which the plaintiff has rejected, the matter may still be resolved through agreement of the parties without the need for further litigation. To fully exhaust that possibility, the Court sua sponte extends the date for defendant to comply with the Court's most recent order [79] until 12/4/26 In the meantime, the Court will provide the parties with more time to resolve this matter. To avoid gamesmanship in that process, the Court further orders as follows: if defendant provides (or has provided) an offer to settle this matter, plaintiff must respond to the offer within two business days of receiving the offer. The parties have until 11/24/26 to attempt to resolve this matter. If the parties are unable to resolve the matter by 11/24/26, defendant must comply with the Court's order found at [79] by 12/4/26. Status hearing set for 12/8/26 at 10:00 a.m. Joint status report due by noon on 12/7/26.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.