**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Farmbrooke Family Physicians, P. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06597 |
| v. | ) | |
| | ) | Hon. M. David Weisman |
| Community Home Physicians, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Plaintiff Farmbrooke Family Physicians, P. C. ("Farmbrooke Family") submits the following Status Report as required by the Court's October 22, 2026 Minute Order, Doc. 79. As its Report, Farmbrooke Family states as follows:

1. On November 13, 2026, Community Home accepted the settlement proposal made by Farmbrooke Family.

2. Consistent with that agreement, Farmbrooke Family provided a draft settlement agreement to Community Home on November 17, 2026.

3. As of the filing of this Joint Status Report, Community Home is reviewing the draft agreement.

4. Farmbrooke Family suggests that the November 24, 2026 status hearing be reset to December 2, 2026 or later to allow the parties time to complete the finalization and execution of a written agreement fully memorializing the settlement.

Dated: November 20, 2026

**PLAINTIFF FARMBROOKE FAMILY PHYSICIANS, P.C.**

By: /s/Max A. Stein
One of its attorneys

Michael B. Cohen (ARDC # 6292575)
Max A. Stein (ARDC # 6275993)
Keith M. Stolte (ARDC # 6244848)
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mcohen@em3law.com
mstein@em3law.com
kstolte@em3law.com